# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BARRON DANTE CRAWFORD

NO. 2024 KW 0810

**DECEMBER 4, 2024**

---

In Re:   Barron Dante Crawford, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5297-F-2023.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with the requirements of Uniform Rules of Louisiana Courts of Appeal, Rule 4-2 by failing to request a return date within 30 days of the ruling. Relator also failed to comply with the page-numbering requirement of Rule 4-5(B). Further relator failed to comply with Local Rule, Rule 2(H) by failing to include a declaration with the exact same contents and certifications required by affidavit. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 16, 2024, and should include the entire contents of this application, the missing items, and a copy of this ruling.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT